UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | * |
| | *    Case:   1:24-cr-00009-RDB |
| | * |
| | * |
| | * |
| v. | * |
| | * |
| | * |
| David Quillen | * |
| | * |

**************************************************************************

## **DEFENDANT DAVID QUILLEN - UNOPPOSED MOTION TO CONTINUE**

Defendant, David Quillen, moves this court of an order continuing the criminal sentencing, currently scheduled for Wednesday, February 25, 2026.

In support of his motion, Defendant Quillen states:

This Defendant Quillen last before this court on February 22, 2024, at which time he did tender a plea; sentencing was then scheduled with the understanding that Defendant Quillen would continue to cooperate with the government, likely extending the time for his return to return for his sentencing.

That Defendant Quillen has been in total compliance with any/all conditions of his release and cooperations agreement; speaking with probation in preparation of their Pre-Sentencing Investigation Report, government meetings and appearing before the court to testify as witness, in trial.

That Defendant Quillen is now scheduled to appear before this court on February 25, 2026, for his sentencing hearing.

That Counsel would request the court consider a brief postponement of this upcoming sentencing date as counsel has been contacted by probation, requesting another

interview be schedule with Defendant Quillen, so that they could update their report to the court. Counsel would further that request as he would seek time to review their updated report and amend his sentencing memo on behalf of Defendant Quillen, understand that the government and court would likely prefer time to review these filing.

That Counsel did speak with probation, Officer Nicole Wonneman, as well as the government, Assistant United States Attorney Anita Channapati, who were unopposed to this request of the court.

WHEREFORE, Defendant Quillen, respectfully requests that the court order the sentencing date now scheduled for February 25, 2026, be continued and rescheduled.

Price Benowitz, LLP

/s/ Seth R. Okin
_____
Seth R. Okin, Esq. (#18963)
1404 Front Avenue
Lutherville, Maryland 21093
(410) 952-2332 – direct
sethokinlaw@gmail.com

Certificate of Service

A copy of this Motion was delivered by electronic filing to the United States Attorney on the 12th day of February, 2026.

/s/ Seth R. Okin
_____
Seth R. Okin, Esq. (#18963)